IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTO TUTY RIVERA,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| KENNETH CAMERON, et al.,<br>Respondents | : | No. 11-4676 |

**ORDER**

AND NOW, this 13th day of March, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, the reply, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED** as to claims 1-4 and 7-8;

3. The petition for a writ of habeas corpus is **DENIED** as to claims 5 and 6;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that a reasonable jurist would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson,    J.